IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE LEE FISHER, JR.,

        Plaintiff,                    No. 2:09-cv-2325 JFM (PC)

    vs.

J. BICK, et al.,

        Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

/////

1

Case 2:09-cv-02325-MCE-JFM   Document 3   Filed 08/28/09   Page 2 of 3

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 27, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/md/001
fish2325.3a.jfm

2

```
 1
 2
 3
 4
 5                      IN THE UNITED STATES DISTRICT COURT
 6                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 7  JOE LEE FISHER, JR.,
 8           Plaintiff,                    No. 2:09-cv-2325 JFM (PC)
 9      vs.
10  J. BICK, et al.,                       SUBMISSION OF
11           Defendants.                   IFP or FILING FEE
12  _____/
13           Plaintiff hereby submits the following document in compliance with the court's
14  order filed _____:
15           _____          IFP affidavit
16           _____          The appropriate filing fee
17  DATED:
18
19                                          _____
20                                          Plaintiff
21
22
23
24
25
26
```