IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE LEE FISHER, JR.,

        Plaintiff,                  No. 2:09-cv-2325 MCE JFM (PC)

   vs.

J. BICK, et al.,

        Defendants.           <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By an order filed August 28, 2009, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On October 9, 2009, plaintiff was granted an additional thirty days in which to comply with that order. That thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED:  November 23, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; fish2325.ffp